## **LIMITS OF PUNISHMENT**

Title 18, Section 641, United States Code. Public money, property or records.

Whoever embezzles, steals, purloins, or knowingly converts to his use or the use of another, or without authority, sells, conveys or disposes of any record, voucher, money, or thing of value of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, of a value not exceeding $100.00, or whoever receives, conceals, or retains the same with intent to convert it to his use or gain, knowing it to have been embezzled, stolen, purloined or converted shall be fined not more than $100,000.00 or imprisoned not more than one year, or both.

In addition, a person convicted of this offense must also pay an assessment of $25.00.

A period of supervised release is authorized, not to exceed one year. 18 U.S.C. 3583.