| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: **March 7, 2006** |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: **10:53 - 10:58** |

√ **ARRAIGNMENT**  ❐ **CHANGE OF PLEA**  ❐ **CONSENT PLEA**
❐ **RULE 44(c) HEARING**  ❐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr001-W  **DEFENDANT NAME:** Sharon G. Kuhn
**AUSA:** Neal Frazier  **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ Not Guilty
      ❐ Guilty as to:
         ❐ Count(s):
         ❐ Count(s):          ❐ dismissed on oral motion of USA
                    ❐ to be dismissed at sentencing
❐ Written plea agreement filed   ❐ **ORDERED SEALED**
❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ **MISDEMEANOR CRIMINAL TERM:**    5/15/06     ❐ **WAIVER OF SPEEDY TRIAL** filed.
      **DISCOVERY DISCLOSURE DATE:**   3/7/06
❐ **ORDER:** Defendant continued under ❐ same bond;  ❐ summons; for:
      ❐ Trial on _____; ❐ Sentencing on _____
❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing:  ❐ Waiver of Conflict of Interest Form executed
         ❐ Defendant requests time to secure new counsel