IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2:06-cr-1 |
| | ) |
| SHARON G. KUHN | ) |

UNITED STATES' REQUESTED VIOR DIRE QUESTIONS

Comes now the United States of America, by and through LEURA CANARY, United States Attorney for the Middle District of Alabama, and requests this court to propound the attached questions to the jury venire in this case.

Respectfully submitted this 8th day of May, 2006.

LEURA CANARY
United States Attorney

NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786
Fax: 334-953-2787

1. Has any member of the panel ever had an unpleasant experience involving law enforcement? Would you be able to set aside that experience and decide this case solely on the evidence?

2. Have any of you ever been stopped by the police or by a store employee/detective while shopping because you were suspected of shoplifting or theft? Were you treated fairly?

3. Have any members of your family or any close friends ever been stopped for shoplifting or theft?

   If so, are you familiar with the facts of that case? Do you believe he or she was dealt with fairly?

4. Has any member of the panel, or a relative or close friend, ever been the victim of a theft?

   If so, what type of theft, and when did it occur?

   Was the case prosecuted?

   Regarding the case, was there anything in your dealings with the police, the court, the prosecutor, or the defense lawyer that left you unhappy or unsatisfied? Please elaborate.

   Did you testify?

   What was the result?

   Were you satisfied with the result?

5. Does any member of the panel believe that there is no victim involved when merchandise is stolen from a store?

6. Do you know any of the attorney's in this case? If so, who and how?

7. Do you know the defendant? How? Would you be able to put aside your feelings toward him/her and decide this case solely upon the evidence?

8. Do you have any feelings, whether they be moral, religious, philosophical, or otherwise that would prevent you from being a fair and impartial juror in this case or that would prevent you from sitting in judgment on your fellow man?

## CERTIFICATE OF SERVICE

UNITED STATES v. SHARON G. KUHN

I hereby certify that I have this date served a copy of the Requested Voir Dire Questions on CHRISTINE FREEMAN, attorney for the defendant, Federal Defenders, 201 Monroe St, Suite 407, Montgomery, Alabama 36104, by faxing a copy of same to 334-834-0353, this 7th day of May, 2006.

NEAL FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
(334) 953-2786/2789