IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-001-SRW |
| | ) | |
| SHARON G. KUHN | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant by and through undersigned counsel, and respectfully moves the Court to continue the trial in this matter, now scheduled for Monday, May 15, 2006, to a later date. In support of this request, the Defendant would show:

1. Ms. Kuhn has sought application for pretrial diversion.

2. On information and belief, it is likely that this request for pretrial diversion will be approved.

3. Counsel for the Government has no opposition to this requested continuance.

4. A Speedy Trial Waiver will be filed with this court in support of this Motion.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Sharon Kuhn
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104, and to Capt. Neal B. Frazier, Special Assistant United States Attorney, 50 LeMay Plaza South, Maxwell AFB, Alabama 36112-6334.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Sharon Kuhn
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org