IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:06-cr-001-SRW |
| ) | |
| SHARON G. KUHN ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, after first being advised of her right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, et seq., hereby waives her right to a speedy trial, through to the July 17, 2006 trial term.

_July 13, '06_
Date

_Sharon G. Kuhn_ (signature)
Sharon G. Kuhn

_7/13/06_
Date

_(signature)_
Attorney for Sharon G. Kuhn

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-001-SRW |
| | ) | |
| SHARON G. KUHN | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Neal B. Frazier, Special Assistant United States Attorney, 50 LeMay Plaza South, Maxwell AFB, Alabama 36112-6334.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org