### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-001-SRW** |
| ) | |
| **SHARON G. KUHN** ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

NOW COMES the Defendant, Sharon G. Kuhn, by and through undersigned counsel, and respectfully moves this Court to continue the trial of this action from the present trial date of September 11, 2006, until a later date to allow for the consideration of pretrial diversion in this matter. In support of this Motion, defendant would show:

1. Undersigned counsel requested Pretrial Diversion for Defendant in May 2006, and on August 25, 2006 an additional letter was sent to the Special Assistant U.S. Attorney.

2. The government is still evaluating the Pretrial Diversion request.

3. It is not anticipated that the government's evaluation of this request will be completed on or before the trial date.

4. Special Assistant United States Attorney, Neal B. Frazier, does not oppose a continuance of this matter as it is necessary for an adequate review of the diversion request by the government.

5. Neither the government nor Ms. Kuhn will be prejudiced by a continuance of this matter.

WHEREFORE, Defendant prays that this Unopposed Motion to Continue Trial be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Sharon G. Kuhn
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Kent Brunson, Esquire
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104

    Capt. Neal B. Frazier, Esquire
    Special Assistant U.S. Attorney
    50 LeMay Plaza South
    Maxwell AFB, AL 36112

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Sharon G. Kuhn
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org