# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-001-SRW** |
| ) | |
| **SHARON G. KUHN** ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL DATE

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and respectfully moves this Court to continue the trial that is presently set for November 6, 2006, until a later date.

In support of this Motion, defendant would show:

1. Undersigned counsel has been informed that the trial of United States v. Lawson, Case No. 2:06-cr-173-MHT, in which counsel represents Ms. Lawson, will be heard in the district court on November 6, 2006.

2. Counsel for the prosecution does not oppose this motion.

3. A Waiver of Right to Speedy Trial will be filed with this Court.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Sharon Kuhn
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Neal B. Frazier, Esq., Special Assistant United States Attorney, 50 LeMay Plaza South, Maxwell AFB, AL 36112.

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Sharon Kuhn
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353
        E-Mail: Christine_Freeman@fd.org