IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 2:06-cr-001-SRW |
| | ) | |
| **SHARON G. KUHN** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance as counsel for **SHARON G. KUHN** in the above-styled matter.

Dated this 9th day of November March 2006.

                                         Respectfully submitted,

                                         s/ Michael J. Petersen
                                         MICHAEL J. PETERSEN
                                         Assistant Federal Defender
                                         201 Monroe Street, Suite 407
                                         Montgomery, Alabama 36104
                                         Phone: (334) 834-2099
                                         Fax: (334) 834-0353
                                         E-mail: michael_petersen@fd.org
                                         ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 2:06-cr-001-SRW |
| | ) | |
| **SHARON G. KUHN** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Neal B. Frazier, Special Assistant United States Attorney, 50 LeMay Plaza South, Maxwell AFB, Alabama 36112-6334.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M